43696.     STAGGERS v. THE STATE.

FELTON, Chief Judge.   Where the appellant fails to appeal from the judgment overruling his motion for a new trial, the judgment and rulings on the motion for a new trial become the law of the case as to the grounds of the motion.   *Hill v. Willis,* 224 Ga. 263 (161 SE2d 281) ; *Crowley v. State,* 118 Ga. App. 7. Under the authorities cited the judgment on the verdict is affirmed.
*Judgment affirmed.   Eberhardt and Whitman, JJ., concur.*
ARGUED JUNE 3, 1968—DECIDED JUNE 13, 1968—
REHEARING DENIED JUNE 27, 1968—

*Heyman & Sizemore, Benjamin H. Oehlert, III,* for appellant.
*Lewis R. Slaton, Solicitor General, J. Walter LeCraw,* for appellee.

43357.     JONES v. NASH et al.

PANNELL, Judge.   In accordance with the decision of the Supreme Court (*Nash v. Jones,* 224 Ga. 372), the judgment of reversal by this court in the case of *Jones v. Nash,* 117 Ga. App. 258 (160 SE2d 225) has been vacated, and the judgment of the trial court is hereby affirmed.
*Judgment affirmed.   Jordan, P. J., and Deen, J., concur.*
DECIDED JUNE 27, 1968.

*Lipshutz, Macey, Zusmann & Sikes, John H. David, Jr.,* for appellant.
*Nall, Miller, Cadenhead & Dennis, Dennis J. Webb, Jon O. Fullerton,* for appellees.